1
2
3
4
5

**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Tatiana G. Avakian (SBN 298970)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ssaltzman@marlinsaltzman.com
tavakian@marlinsaltzman.com

6
7

*Attorneys for Plaintiffs Justin Ocampo, Fernando Pineiro, Tyler Hutchison, Hisham Khan, and Diana Crow, individually and on behalf of all others similarly situated*

8
9
10
11
12

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Bar No. 300840)
Anne Capella (Bar No. 181402)
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com
anne.cappella@weil.com

13

*Attorneys for Defendant APPLE INC.*

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

16

17
18
19

JUSTIN OCAMPO, FERNANDO PINEIRO, TYLER HUTCHISON, HISHAM KHAN, DIANA CROW, individually and on behalf of all others similarly situated,

20

    Plaintiffs,

v.

21
22

APPLE INC., a California corporation, and DOES 1-10, inclusive

23

        Defendants.

24
25
26
27
28

Case No. 5:20-cv-05857-EJD

CLASS ACTION

[Assigned for all purposes to the Hon. Edward J. Davila, Courtroom 4 – 5th Floor]

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND** ~~[PROPOSED]~~ **ORDER**

Date Action Filed:     August 19, 2020

1    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs JUSTIN

2  OCAMPO, FERNANDO PINEIRO, TYLER HUTCHISON, HISHAM KHAN, and DIANA

3  CROW ("Plaintiffs") and Defendant APPLE INC. ("Defendant") (collectively referred to as "the

4  Parties"), by and through their respective counsel, hereby stipulate that the entire action shall be

5  dismissed with prejudice. Each side shall bear their own costs and attorneys' fees.

6  Dated:  May 31, 2022                    Respectfully submitted,

7                                          **MARLIN & SALTZMAN, LLP**

8

9                                          By: ___/s/ Tatiana G. Avakian_____
                                               Tatiana G. Avakian
10                                         Stanley D. Saltzman (Bar No. 90058)
                                           ssaltzman@marlinsaltzman.com
11                                         Tatiana G. Avakian, Esq. (Bar No. 298970)
                                           tavakian@marlinsaltzman.com
12                                         MARLIN & SALTZMAN, LLP
                                           29800 Agoura Road, Suite 210
13                                         Agoura Hills, California 91301
                                           Telephone: (818) 991-8080
14                                         Facsimile: (818) 991-8081

15

16                                         Attorneys for Plaintiffs JUSTIN OCAMPO,
                                           FERNANDO PINEIRO, TYLER
17                                         HUTCHISON, HISHAM KHAN, and
                                           DIANA CROW

18  Dated:  May 31, 2022                    Respectfully submitted,

19                                          **WEIL, GOTSHAL & MANGES LLP**

20

21                                         By: ___/s/ David R. Singh_____
                                               DAVID R. SINGH
22                                         DAVID R. SINGH (Bar No. 300840)
                                           david.singh@weil.com
23                                         ANNE CAPPELLA (Bar No. 181402)
                                           anne.cappella@weil.com
24                                         WEIL, GOTSHAL & MANGES LLP
                                           201 Redwood Shores Parkway, 6th Floor
25                                         Redwood Shores, CA 94065-1134
                                           Telephone: (650) 802-3000
26                                         Facsimile: (650) 802-3100

27

28                                         Attorneys for Defendant APPLE INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk is directed to close this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 31__, 2022

EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE